certiorari to the United States Circuit Court of Appeals for the First Circuit denied. ' *Mr. Charles P. Searle* and *Mr. Lee M. Friedman* for petitioner. *Mr. Frederic D. McKenney* for respondents.

---

No. 512. EDWARD H. HARRIMAN ET AL., PETITIONERS, *v.* NORTHERN SECURITIES COMPANY. January 30, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. William D. Guthrie, Mr. R. S. Lovett, Mr. D. T. Watson, Mr. John F. Dillon* and *Mr. Maxwell Evarts* for petitioners. *Mr. John G. Johnson, Mr. Elihu Root, Mr. Francis Lynde Stetson* and *Mr. John W. Griggs* for respondent.

---

No. 467. WILLIAM E. BROWN, PETITIONER, *v.* THE FIRST NATIONAL BANK OF NEWTON, KANS. February 20, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William Eugene Brown* for petitioner.

---

No. 502. I. B. KLEINERT RUBBER COMPANY ET AL., PETITIONERS, *v.* ALBERT STEIN ET AL. February 20, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Louis C. Raegener* for petitioners. *Mr. James H. Peirce,· Mr. George P. Fisher, Jr.,* and *Mr. William Henry Dennis* for respondents.

---

No. 507. AMERICAN ALKALI COMPANY, ETC., PETITIONER, *v.* PEDRO G. SALOM. February 20, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for